# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY YANNONE, Individually and as Administrator of the Estate of Tyler Yannone, et al., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 23-cv-00345 |
| v. | § § | |
| AVIALL, INC., et al., | § § | |
| Defendants. | § | |

## DEFENDANT ROLLS-ROYCE CORPORATION'S
## INDEX OF EXHIBITS PURSUANT TO L.R. 81.1

| Exhibit A | Index of Exhibits |
|---|---|
| Exhibit B | Docket Sheet in State Court Action |
| Exhibit C | Certificate of Interested Persons |
| Exhibit D.1 | Plaintiffs' Original Petition and Jury Demand filed February 9, 2023 |
| Exhibit D.2 | Request for Issuance of Citation filed February 9, 2023 |
| Exhibit D.3 | Plaintiffs' First Amended Petition filed February 13, 2023 |
| Exhibit D.4 | Citation to StandardAero Business Aviation Services, LLC issued February 14, 2023 |
| Exhibit D.5 | Citation to Rolls-Royce corporation issued February 14, 2023 |
| Exhibit D.6 | Citation to Dallas Airmotive, Inc. issued February 14, 2023 |
| Exhibit D.7 | Citation to Aviall, Inc. issued February 14, 2023 |
| Exhibit D.8 | Notice to State Court of Removal to Federal Court |
| Exhibit E | Notice of Related Case |
| Exhibit F | Civil Cover Sheet |
| Exhibit G | Supplemental Civil Cover Sheet |