# EXHIBIT B

## Case Information

DC-23-01964 | ANTHONY YANNONE vs. AVIALL, Inc., et al

Case Number
DC-23-01964

Court
192nd District Court

Judicial Officer
ACEVES, MARIA

File Date
02/09/2023

Case Type
OTHER PERSONAL INJURY

Case Status
OPEN

## Party

PLAINTIFF
YANNONE, ANTHONY

Active Attorneys ▼
Lead Attorney
ELY, MICHAEL B
Retained

DEFENDANT
AVIALL, Inc.

Address
REGISTERED AGENT, CORPORATION SERVICE COMPANY
211 E. 7TH ST STE.620
AUSTIN TX 78701

DEFENDANT
DALLAS AIRMOTIVE, INC.

Address
REGISTERED AGENT, C T CORPORATION SYSTEM
1999 BRYAN ST. STE 900
DALLAS TX 75201

DEFENDANT
STANDARDAERO BUSINESS AVIATION SERVICES, LLC

Address
REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN ST. STE. 900
DALLAS TX 75201

DEFENDANT
ROLLS-ROYCE CORPORATION

Address
REGISTERED AGENT, CORPORATION SERVICE COMPANY
251 LITTLE FALLS DR.
WILMINGTON DE 19808

DEFENDANT
JOHN DOE CORPORATIONS 1 THROUGH 5

DEFENDANT
BOEING DISTRIBUTION INC

Address
REGISTERED AGENT CORPORATION SERVICE COMPANY
211 E. 7TH ST, SUITE 620
AUSTIN TX 78701

## Events and Hearings

02/09/2023 NEW CASE FILED (OCA) - CIVIL

02/09/2023 ORIGINAL PETITION ▼

ORIGINAL PETITION

02/09/2023 CORRESPONDENCE - LETTER TO FILE ▼

COVER LETTER

**02/09/2023 ISSUE CITATION** ▾

ISSUE CITATION-ROLLS-ROYCE CORPORATION

ISSUE CITATION-STANDARDAERO BUSINESS AVIATION

ISSUE CITATION-DALLAS AIRMOTIVE, INC.;

ISSUE CITATION-AVIALL INC

**02/09/2023 JURY DEMAND** ▾

FP FILE DESK JURY DEMAND FORM

**02/13/2023 AMENDED PETITION** ▾

PLAINTIFF'S 1ST AMENDED PETITION

Comment
1ST

**02/14/2023 CITATION** ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
AVIALL, INC.

**02/14/2023 CITATION** ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
DALLAS AIRMOTIVE, INC

**02/14/2023 CITATION** ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
STANDARDAERO BUSINESS AVIATION SERVICES, LLC

**02/14/2023 CITATION** ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
ROLLS-ROYCE CORPORATION

## Financial

YANNONE, ANTHONY

| | Total Financial Assessment | | | $392.00 |
| | Total Payments and Credits | | | $392.00 |

| 2/13/2023 | Transaction Assessment | | | $392.00 |
| 2/13/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 9491-2023-DCLK | YANNONE, ANTHONY | ($255.00) |
| 2/13/2023 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION

COVER LETTER

FP FILE DESK JURY DEMAND FORM

PLAINTIFF'S 1ST AMENDED PETITION

ISSUE CITATION-ROLLS-ROYCE CORPORATION

ISSUE CITATION-STANDARDAERO BUSINESS AVIATION

ISSUE CITATION-DALLAS AIRMOTIVE, INC.;

ISSUE CITATION-AVIALL INC