# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Anthony Yannone, et al.
Plaintiff

v.

23-cv-00345
Civil Action No.

Aviall, Inc., et al.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Rolls-Royce Corporation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Rolls-Royce North America Holdings, Inc.
Rolls-Royce plc

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Aviall, Inc., Dallas Airmotive, Inc., Standardero Business Aviation Services, LLC, Rolls-Royce Corp., Boeing Distribution, Inc., Global Aerospace, John Doe Corporations 1 through 5, Plaintiffs

| | |
|---|---|
| Date: | February 14, 2023 |
| Signature: | /s/ Stuart B. Brown, Jr. |
| Print Name: | Stuart B. Brown, Jr. |
| Bar Number: | 24006914 |
| Address: | 2323 Ross Avenue, Suite 600 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (214) 953-6072 |
| Fax: | (214) 953-5822 |
| E-Mail: | bbrown@jw.com |