# EXHIBIT D.2

FILED
2/9/2023 4:46 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cheryl Watts DEPUTY



**ELY VALENTINE & REED** PLLC
Office: (512) 562-7000 | Fax: (512) 562-8000
www.evrfirm.com

**Michael Ely**
Attorney at Law
Texas | Florida | Washington DC | Maryland

**Nicholas Reed**
Attorney at Law
Texas | Florida | New Jersey

**Shanna Valentine**
Attorney at Law
Texas

Thursday, February 9, 2023

Dallas County District Clerk

DC-23-01964

Via efile

Re:   Request for Issuance of Citation

Dear Clerk,

At this time, Plaintiff requests the issuance of citations against the defendants as described below:

AVIALL, INC.
c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Co.
211 E. 7th St., Ste. 620
Austin, Texas 78701

DALLAS AIRMOTIVE, INC.
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, Texas 75201

STANDARDAERO BUSINESS AVIATION SERVICES, LLC
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, Texas 75201

ROLLS-ROYCE CORPORATION
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, Delaware 19808

Please send the citation to me via email at service@evrfirm.com for private process. If you have any questions, please call me at 512-562-7000.

Best regards,

Mike Ely

Mail to:
700 Market St. Ste. 202
Cedar Park, Texas 78613

3410 Far West Blvd., Ste. 170
Austin, Texas 78731

10210 N. Central Expressway, Ste. 110
Dallas, Texas 75231