# EXHIBIT D.7

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

# CITATION

To:    **AVIALL, Inc.**
        **REGISTERED AGENT CORPORATION SERVICE COMPANY**
        **211 E 7TH ST STE 620**
        **AUSTIN TX  78701**

**No.: DC-23-01964**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **FIRST AMENDED** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **ANTHONY YANNONE**

Filed in said Court  **13th day of February, 2023** against

 **AVIALL, Inc.; DALLAS AIRMOTIVE, INC.; STANDARDAERO BUSINESS AVIATION SERVICES, LLC; ROLLS-ROYCE CORPORATION; JOHN DOE CORPORATIONS 1 THROUGH 5; BOEING DISTRIBUTION INC**

For Suit, said suit being numbered **DC-23-01964,** the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
 Given under my hand and the Seal of said Court at office  **on this the 14th day of February, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy
**BRITTANY FOREMAN**

**ANTHONY YANNONE**
**vs.**
**AVIALL, Inc., et al**

**ISSUED**
**on this the 14th day of February, 2023**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **BRITTANY FOREMAN**, Deputy

**Attorney for Plaintiff**
**MICHAEL B ELY**
ELY VALENTINE & REED PLLC
700 MARKET ST STE 202
CEDAR PARK TX  78613
512-562-7000
SERVICE@EVFIRM.COM

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



**OFFICER'S RETURN**

Cause No. DC-23-01964

Court No.: 192nd District Court

Style: ANTHONY YANNONE
 vs.
AVIALL, Inc., et al

Came to hand on the _____day of _____, 20_____, at _____o'clock _____.M. Executed at _____, within the County of _____ at _____o'clock _____.M. on the _____day of _____, 20_____, by           delivering           to           the           within           named

_____
_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:      To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____,

20_____, to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____