# EXHIBIT D.8

CAUSE NO. DC-23-01964

| | | |
|---|---|---|
| ANTHONY YANNONE, Individually, and as Administrator of the Estate of Tyler Yannone, and as Executor of the Estates of Neisha Zahn and Daniel Yanonne | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| AVIALL, INC., DALLAS AIRMOTIVE, INC., STANDARDAERO BUSINESS AVIATION SERVICES, LLC, ROLLS-ROYCE CORP., BOEING DISTRIBUTION, INC., JOHN DOE CORPORATIONS 1 THROUGH 5 | § § § § | 192ND JUDICIAL DISTRICT |
| Defendants. | § | |

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

TO THE CLERK OF THE 192nd DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, you are hereby notified that on February 14, 2023, Defendant Rolls-Royce Corporation filed its Notice of Removal of this proceeding in the United States District Court for the Northern District of Texas, Dallas Division. A copy of such notice is attached hereto and should be filed by you with the papers in this cause.

Upon filing of the Notice of Removal, removal has been effected pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

By: */s/ Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.
State Bar No. 24006914
Justin V. Lee
State Bar No. 24097982
Kshitiz Gautam
State Bar No. 24131877
**JACKSON WALKER LLP**

2323 Ross Avenue, Suite 600
Dallas, Texas  75201
(214) 953-6000
(214) 953-5822 - Fax
bbrown@jw.com
jlee@jw.com
kgautam@jw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of February 2023, a true and correct copy of the foregoing document was served via electronic service on all counsel of record.

*/s/ Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.