# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ANTHONY YANNONE, Individually and as Administrator of the Estate of Tyler Yannone, and as Executor of the Estates of Neisha Zahn and Daniel Yannone,<br><br>      Plaintiffs,<br><br>v.<br><br>AVIALL, INC., DALLAS AIRMOTIVE, INC., STANDARDAERO BUSINESS AVIATION SERVICES, LLC, ROLLS-ROYCE CORP., BOEING DISTRIBUTION, INC., JOHN DOE CORPORATIONS 1 THROUGH 5,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 23-cv-00345<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT ROLLS-ROYCE CORPORATION'S NOTICE OF RELATED CASE

Defendant Rolls-Royce Corporation ("RRC") gives notice of the following related case, which—to the best of RRC's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances—arises from a common nucleus of operative facts with the above-captioned case. Pursuant to Local Rule 3.3, the required information on the related case is provided below:

*Nicolas G. Van Heurck, surviving spouse of Maria Rodriguez, deceased, individually and on behalf of the Survivors, and the Estate of Maria Rodriguez v. Rolls-Royce Corporation, Aviall, Inc., Dallas Airmotive, Inc., StandardAero Business Aviation Services, LLC. And John Doe Corporations 1 through 5*, Case Number 3:23-cv-00007, pending in the District Court of the Virgin Islands, Division of St. Thomas & St. John.

Respectfully submitted,

/s/ *Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.
State Bar No. 24006914
bbrown@jw.com
Justin V. Lee
State Bar No. 24097982
jlee@jw.com
Kshitiz S. Gautam
State Bar No. 24131877
kgautam@jw.com

JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, Texas  75201
(214) 953-6000
(214) 661-6608 - facsimile

**ATTORNEYS FOR DEFENDANT ROLLS-ROYCE CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, a copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to counsel of record using the Court's electronic notification system.  Parties may access this filing through the Court's Electronic Case Filing System.

 /s/ *Stuart B. Brown, Jr.*
Stuart B. Brown, Jr.