# EXHIBIT G

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 192nd Judicial District Court of Dallas County, Texas | DC-23-01964 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiffs: Anthony Yanonne, Individually, and as Administrator of the Estate of Tyler Yannone, and as Executor of the Estates of Neisha Zahn and Daniel Yannone | For Plaintiffs: Michael Ely, State Bar Number: 24091061; Nicholas Reed, State Bar Number: 24085546; Ely, Valentine & Reed, PLLC; 700 Market St., Ste. 202; Cedar Park, Texas 79613; Telephone: 512-562-7000. Douglas P. Desjardins; 1717 N. St., NW; Washington, D.C. 20036; Telephone: 202-638-5300 |
   | Defendants: | For Defendant Rolls-Royce Corporation: |

| | |
|---|---|
| Aviall, Inc., Dallas Airmotive, Inc., StandardAero Business Aviation Services, LLC, Rolls-Royce Corp., Boeing Distribution, Inc., John Doe Corporations 1 through 5 | Stuart B. Brown, Jr. <br> State Bar Number: 24006914 <br> Justin V. Lee <br> State Bar Number: 24006914 <br> Kshitiz Gautam <br> State Bar Number: 24131877 <br> Jackson Walker LLP <br> 2323 Ross Avenue, Suite 600 <br> Dallas, Texas 75201 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        **Yes**

   If "*Yes*," by which party and on what date?

     Party: **Plaintiffs**                                            Date: **02/09/2023**

4. **Answer:**

   Was an Answer made in State Court?        **No**

       If "*Yes*," by which party and on what date?

     Party : N/A                                                    Date: N/A

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | Aviall, Inc. | |
   | StandardAero Business Aviation Services, LLC | |
   | Rolls-Royce Corp. | |
   | Boeing Distribution, Inc. | |
   | John Doe Corporations 1 through 5 | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |-------|--------|
   |       |        |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |-------|----------|
   | Plaintiffs | Wrongful death<br><br>• Negligence<br>• Strict liability<br>• Breach of warranty<br>• Pre-impact terror (survival) |