# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| NICOLAS G. VAN HEURCK, Individually and as Administrator of the Estate of Maria Rodriguez<br><br>v.<br><br>ROLLS-ROYCE CORPORATION, et al. | §<br>§<br>§<br>§  CIVIL ACTION NO. 3:23-CV-0345-S<br>§  CIVIL ACTION NO. 3:23-CV-0357-S<br>§<br>§<br>§<br>§ |

### ORDER

At the Pretrial Conference, held on October 8, 2025, Plaintiff Nicolas G. Van Heurck orally moved to dismiss his claims against Defendants John Doe Corporations 1 through 5. Defendant Rolls-Royce Corporation did not oppose the motion, and the Court granted the motion. Accordingly, all claims that Plaintiff asserts, or could have asserted, against Defendants John Doe Corporations 1 through 5 in this lawsuit are hereby **DISMISSED**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED October 8, 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE