# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NICOLAS G. VAN HEURCK,<br>Individually and as Administrator of the<br>Estate of Maria Rodriguez<br><br>v.<br><br>ROLLS-ROYCE CORPORATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:23-CV-0345-S<br>CIVIL ACTION NO. 3:23-CV-0357-S |

## FINAL JUDGMENT

The Court has **DISMISSED WITH PREJUDICE** all of Plaintiff Nicolas G. Van Heurck's claims against Defendant Rolls-Royce Corporation. *See* Mem. Op. and Order [ECF No. 200].

It is therefore **ORDERED** that Plaintiff take nothing by his claims against Defendant. Court costs are taxed against Plaintiff. All relief not expressly granted is **DENIED**. This is a final judgment.

**SO ORDERED.**

SIGNED November 24, 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE